No. 11–10783. SAUER v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 11–10784. RAISLEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10785. TAYLOR v. LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 11–10786. KING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10787. WASHINGTON v. CITY OF LOS ANGELES, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10788. NENG POR YANG v. HANSON ET AL. Ct. App. Minn. Certiorari denied.

No. 11–10789. VANDERZWAAG v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10790. BAMBIC v. WOOD. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–10791. BUZBEE v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 11–10792. WILKE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–10793. UMPHREY v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 11–10794. WOLFE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10795. JOHNSON v. KNIPP, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10796. E. C. v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–10797. CLOUD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.